IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROBERT MICHAEL HERRING,

    Petitioner,

v.

                                                    Civil Action No. 3:13CV326

HAROLD CLARKE,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on July 2, 2013, the Court conditionally docketed Petitioner's action. The Memorandum Order warned Petitioner that he must immediately advise the Court in the event he is released or otherwise relocated while the action is pending or else the action may be dismissed. On June 19, 2014, United States Postal Service returned a June 11, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE NO LONGER IN FACILITY." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to keep the Court informed of his current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                   /s/
                                        James R. Spencer
                                        Senior U. S. District Judge

Date: 6-23-14
Richmond, Virginia